ORIGINAL

FILED
AUG 1 0 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
ELIZA C LOPEZ ) Case No. 06-51831 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473103 for an unclaimed dividend in the amount of $0.22. The name and address of the claimant entitled to the unclaimed dividend is as follows;

ELIZA C LOPEZ
707 SHERMAN CIR
SALINAS, CA 93907

Dated: August 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE